UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

      Plaintiff,

v.

ROMONZO ORDELL HILL,

      Defendant.
_____/

Case No. 23-cv-11274
Hon. Matthew F. Leitman

**ORDER DENYING PLAINTIFF'S MOTION FOR A
DEFAULT JUDGMENT WITHOUT PREJUDICE (ECF No. 11)**

On February 29, 2024, the Court held a hearing on Plaintiff Mark W. Dobronski's motion for a default judgment. (*See* Mot., ECF No. 11.) For the reasons explained on the record, the motion is **DENIED WITHOUT PREJUDICE**. Dobronski may re-file the motion addressing the issues that the Court identified during the motion hearing.

    **IT IS SO ORDERED.**

                          s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
                          UNITED STATES DISTRICT JUDGE

Dated: February 29, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 29, 2024, by electronic means and/or ordinary mail.

                          s/Holly A. Ryan
                          Case Manager
                          (313) 234-5126