UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

       Plaintiff,               Case No. 23-cv-11274

v.                               Hon. Matthew F. Leitman

ROMONZO ORDELL HILL,

       Defendant.

_____/

## ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH NOTICE OF HEARING

In this action, Plaintiff Mark W. Dobronski alleges that Defendant Romonzo Ordell Hill violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* and the Florida Telephone Solicitation Act, Fla. Stat. § 501.059, when agents for Hill placed solicitation calls to Dobronski. (*See* Compl., ECF No. 1.)  Hill has not appeared in this action, and he has not filed any response to the Complaint. (*See* Dkt.)  The Clerk of the Court entered a default against Hill on October 3, 2023. (*See* Default, ECF No. 10.)

On March 7, 2024, Dobronski filed a Renewed Motion for Default Judgment against Hill. (*See* Mot., ECF No. 11.)  The Court has now issued a Notice of Hearing setting Dobronski's Motion for a Zoom electronic hearing on **April 23, 2024, at 1:00 p.m.**

By no later than **April 9, 2024**, Dobronski shall serve Hill with (1) the Notice of Hearing, (2) this order, (3) the Zoom link provided by the Court so that Hill can access the Zoom meeting, and (4) a proposed default judgment.  In addition, by no later than **April 9, 2024**, Dobronski shall file a Certificate of Service on the docket confirming that he has served Hill with these documents.  Finally, by no later than **April 9, 2024**, Dobronski shall submit the proposed default judgment to the Court by email.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 28, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 28, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126