UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,                                Case No. 23-cv-11274

v.                                            Hon. Matthew F. Leitman

ROMONZO ORDELL HILL,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR A DEFAULT JUDGMENT (ECF No. 17)

On March 7, 2024, Plaintiff Mark Dobronski filed a renewed motion for a default judgment against Defendant Romozno Ordell Hill. (*See* Mot., ECF No. 17.) The Court held a hearing on the motion on April 23, 2024. For the reasons explained on the record during the motion hearing, the motion is **GRANTED**. Dobronski shall submit a proposed default judgment to the Court for entry.

    **IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: April 23, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 23, 2024, by electronic means and/or ordinary mail.

                                                     s/Holly A. Ryan
                                                     Case Manager
                                                     (313) 234-5126