## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**MARK W. DOBRONSKI**,

      Plaintiff,

v.

**ROMONZO ODRELL HILL**,

      Defendant.

Case No. 23-cv-11274
Hon. Matthew F. Leitman

_____

## DEFAULT JUDGMENT

This matter having come on for hearing upon Plaintiff s Renewed Motion for Entry of Default Judgment [ECF No. 17] ("Motion") on April 23, 2024.  Plaintiff, Mark Dobronski, appearing; Defendant Romonzo Odrell Hill, failed to appear.  The Court having considered the Motion and the argument set forth therein, and for the reasons set forth in the Motion and given by the Court on the record,

IT IS ORDERED, ADJUDGED, and DECREED that judgment be, and hereby is, entered for Plaintiff Mark W. Dobronski and against Defendant Romonzo Odrell Hill, in the amount of $77,000.00, plus interest from the date of judgment as provided by law, together with the costs of this action.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 23, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126